**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ALARCON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. STAINER, Warden,<br><br>　　　　　Respondent. | Case No. CV 12-2922 JGB (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 8, 2015

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE